AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BUCHWALD, NAOMI R. | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF NEW YORK | 3. Date of Report<br><br>5/6/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURT HOUSE<br>500 PEARL STREET -- ROOM 2270<br>NEW YORK, NEW YORK 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Buchwald, Naomi R.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Partner at law firm of Kelley, Drye & Warren LLP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R. | 5/6/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R. | 5/6/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. SEE ATTACHED RIDER | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R. | 5/6/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R. | 5/6/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ NAOMI R. BUCHWALD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# 2010 Financial Disclosure Statement

Part VII: Investments and Trusts

| A. Description | B. Income | | C.Value | | (D)Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2)Type | (1)Code | (2)Method | (1) | (2) | (3) | (4) |
| 1. Citibank Accounts | D | Interest | N | T | | | | |
| 2. Citibank (IRA) 1 | A | Interest | K | T | | | | |
| — Citifund Cash Reserves Class N | | | | | | | | |
| 3. Citibank (IRA) 2 | A | Interest | O | T | | | | |
| | D | Dividends | | | | | | |
| — Citifund Cash Reserves Class N | | | | | | | | |
| — Analogue Devices (Common) | | | | | | | | |
| — Applied Materials (Common) | | | | | | | | |
| — Time Warner (Common) | | | | | | | | |
| — Time Warner Cable (Common) | | | | | | | | |
| — AOL Inc. (Common) | | | | | | | | |
| — Intel (Common) | | | | | | | | |
| — Palm Inc (Common) | | | | | Exchanged in Merger | 7/1/10 | J | — |
| — International Rectifier (Common) | | | | | | | | |
| — Microsoft (Common) | | | | | | | | |
| — Sun Microsystems (Common) | | | | | Sold (to Oracle) | 1/26/10 | J | — |
| — Moduslink Global Solutions (Common) | | | | | | | | |
| 4. JPMorgan Chase Accounts | A | Interest | K | T | | | | |
| 5. Schwab Account | | | | | | | | |
|     NY Muni Money Mkt | C | Dividends | O | T | | | | |
| 6. Bank of America | A | Dividends | K | T | | | | |
|     Cash Reserve Daily (formerly Columbia Cash Reserves) | | | | | | | | |
| 7. Treasury Direct Account | C | Interest | O | T | | | | |
| 8. Time Warner Common Stock | A | Div | L | T | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9. | Applied Materials | A | Div | K | T | Bought 1/14 | M | – |
| 10. | Common Stock (IRA) | | | | | Sold 1/14 | M | A |
| | | | | | | | | |
| 11 | Blount | – | None | J | T | | | |
| | Common Stock | | | | | | | |
| | | | | | | | | |
| 12 | Intel | E | Div | N | T | Bought 1/8 | M | – |
| 13 | Common Stock (IRA) | | | | | Sold 1/8 | M | B |
| | | | | | | Bought 2/1 | O | – |
| | | | | | | Bought 2/10 | O | – |
| | | | | | | Partial Sold 2/10 | O | C |
| | | | | | | Bought 2/11 | N | – |
| | | | | | | Partial Sold 2/11 | O | E |
| | | | | | | Bought 2/12 | P1 | – |
| | | | | | | Partial Sold 2/12 | P1 | D |
| | | | | | | Bought 2/16 | N | – |
| | | | | | | Partial Sold 2/16 | O | E |
| | | | | | | Bought 3/19 | P1 | – |
| | | | | | | Partial Sold 3/19 | P1 | C |
| | | | | | | Partial Sold 3/29 | K | C |
| | | | | | | Sold 3/31 | N | E |
| | | | | | | Bought 4/8 | N | – |
| | | | | | | Partial Sold 4/8 | M | A |
| | | | | | | Sold 4/9 | M | A |
| | | | | | | Bought 4/22 | O | – |
| | | | | | | Sold 4/23 | O | B |
| | | | | | | Bought 4/26 | O | – |
| | | | | | | Partial Sold 5/7 | O | – |
| | | | | | | Bought 5/21 | N | – |
| | | | | | | Bought 5/28 | M | – |
| | | | | | | Bought 6/4 | P1 | – |
| | | | | | | Partial Sold 6/4 | P1 | – |
| | | | | | | Bought 6/8 | M | – |
| | | | | | | Partial Sold 6/8 | M | B |
| | | | | | | Bought 6/9 | M | – |
| | | | | | | Sold 6/9 | N | – |
| | | | | | | Bought 6/11 | M | – |
| | | | | | | Sold 6/11 | N | B |
| | | | | | | Bought 6/15 | O | – |
| | | | | | | Sold 6/15 | O | D |

| | | | |
|---|---|---|---|
| Bought | 6/16 | O | – |
| Sold | 6/16 | O | C |
| Bought | 6/18 | P1 | – |
| Sold | 6/29 | P1 | – |
| Bought | 6/30 | O | – |
| Bought | 7/1 | M | – |
| Bought | 7/6 | N | – |
| Partial Sold | 7/6 | P1 | D |
| Bought | 7/7 | P1 | – |
| Partial Sold | 7/7 | P1 | D |
| Sold | 7/8 | M | – |
| Bought | 7/9 | M | – |
| Sold | 7/9 | M | A |
| Bought | 7/16 | M | – |
| Sold | 7/16 | M | A |
| Bought | 7/19 | P1 | – |
| Sold | 7/19 | P1 | D |
| Bought | 7/20 | P1 | – |
| Sold | 7/20 | P1 | D |
| Bought | 7/21 | O | – |
| Bought | 7/22 | P1 | – |
| Partial Sold | 7/22 | P1 | C |
| Bought | 7/23 | O | – |
| Bought | 8/3 | O | – |
| Partial Sold | 8/3 | N | – |
| Bought | 8/6 | N | – |
| Partial Sold | 8/6 | N | B |
| Sold | 9/8 | P1 | – |
| Bought | 10/22 | M | – |
| Sold | 10/25 | M | A |
| Bought | 11/11 | L | – |
| Sold | 11/11 | L | A |
| Bought | 11/17 | M | – |
| Sold | 11/18 | M | A |
| Bought | 11/21 | N | – |

81. Analogue Devices Common Stock (IRA) — B — Div — L — T

82. International Rectifier Common Stock (IRA) — – — None — L — T

| Security | C | Div | M | T | Transaction | Date | | |
|---|---|---|---|---|---|---|---|---|
| Microsoft Common Stock (IRA) | C | Div | M | T | Bought | 2/10 | M | — |
| | | | | | Sold | 2/10 | M | A |
| | | | | | Bought | 2/12 | N | — |
| | | | | | Sold | 2/12 | N | C |
| | | | | | Bought | 7/7 | O | — |
| | | | | | Sold | 7/7 | O | B |
| | | | | | Bought | 7/9 | N | — |
| | | | | | Sold | 7/9 | N | A |
| | | | | | Bought | 7/19 | O | — |
| | | | | | Sold | 7/19 | O | B |
| | | | | | Bought | 7/21 | O | — |
| | | | | | Bought | 7/22 | O | — |
| | | | | | Partial Sold | 7/22 | P1 | D |
| | | | | | Bought | 7/26 | O | — |
| | | | | | Sold | 7/26 | O | C |
| | | | | | Bought | 7/27 | N | — |
| | | | | | Sold | 7/27 | N | A |
| | | | | | Bought | 7/28 | N | — |
| | | | | | Sold | 7/28 | N | A |
| | | | | | Bought | 8/3 | N | — |
| | | | | | Sold | 8/3 | N | A |
| | | | | | Bought | 8/6 | P1 | — |
| | | | | | Sold | 8/6 | P1 | C |
| | | | | | Bought | 9/20 | N | — |
| | | | | | Partial Sold | 10/15 | M | A |
| | | | | | Sold | 10/26 | N | B |
| | | | | | Bought | 10/29 | L | — |
| | | | | | Sold | 10/29 | L | A |
| | | | | | Bought | 11/3 | M | — |
| | | | | | Sold | 11/12 | M | — |
| | | | | | Bought | 11/17 | M | — |
| | | | | | Sold | 11/17 | M | A |
| Palm Inc. Common Stock (IRA) | | | | | Exchanged in Merger | 7/1 | J | — |
| Sun Microsystems Common Stock (IRA) | | | | | Sold to Oracle | 1/26 | J | — |
| Google Common Stock | — | None | K | T | Bought | 1/5 | N | — |
| | | | | | Sold | 1/5 | N | A |
| | | | | | Bought | 1/8 | O | — |
| | | | | | Sold | 1/8 | O | B |

| | | | | |
|---|---|---|---|---|
| 121 | Bought | 1/11 | N | — |
| 122 | Sold | 1/11 | N | B |
| 123 | Bought | 1/12 | N | — |
| 124 | Bought | 1/15 | N | — |
| 125 | Partial Sold | 1/15 | N | — |
| 126 | Bought | 1/22 | N | — |
| 127 | Partial Sold | 1/22 | N | B |
| 128 | Sold | 1/26 | N | — |
| 129 | Bought | 1/27 | N | — |
| 130 | Bought | 2/17 | N | — |
| 131 | Bought | 2/18 | M | — |
| 132 | Partial Sold | 2/18 | M | A |
| 133 | Bought | 3/5 | M | — |
| 134 | Partial Sold | 3/5 | M | A |
| 135 | Bought | 3/9 | N | — |
| 136 | Partial Sold | 3/9 | N | A |
| 137 | Bought | 3/19 | O | — |
| 138 | Sold | 3/19 | P1 | E |
| 139 | Bought | 3/22 | N | — |
| 140 | Sold | 3/24 | N | A |
| 141 | Bought | 3/29 | N | — |
| 142 | Bought | 3/30 | N | — |
| 143 | Sold | 3/30 | O | B |
| 144 | Bought | 4/7 | N | — |
| 145 | Sold | 4/7 | N | B |
| 146 | Bought | 4/16 | N | — |
| 147 | Sold | 4/20 | N | C |
| 148 | Bought | 4/21 | O | — |
| 149 | Bought | 4/26 | N | — |
| 150 | Sold | 5/7 | O | — |
| 151 | Bought | 5/19 | N | — |
| 152 | Partial Sold | 5/19 | M | B |
| 153 | Bought | 5/20 | M | — |
| 154 | Bought | 5/21 | M | — |
| 155 | Partial Sold | 5/21 | M | A |
| 156 | Bought | 5/28 | N | — |
| 157 | Partial Sold | 5/28 | N | B |
| 158 | Bought | 6/4 | O | — |
| 159 | Sold | 6/4 | P1 | E |
| 160 | Bought | 9/16 | N | — |
| 161 | Partial Sold | 9/16 | N | C |
| 162 | Sold | 9/24 | N | E |
| 163 | Bought | 9/24 | N | — |

| | | | | | Transaction | Date | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Bought | 10/15 | L | — |
| | | | | | Partial Sold | 10/15 | N | E |
| | | | | | Bought | 10/19 | N | — |
| | | | | | Bought | 10/21 | N | — |
| | | | | | Bought | 10/25 | M | — |
| | | | | | Bought | 10/29 | N | — |
| | | | | | Bought | 11/3 | N | — |
| | | | | | Partial Sold | 11/3 | O | D |
| | | | | | Partial Sold | 11/3 | N | D |
| | | | | | Bought | 11/10 | N | — |
| | | | | | Partial Sold | 11/10 | M | A |
| | | | | | Bought | 11/12 | N | — |
| | | | | | Sold | 11/16 | P1 | — |
| | | | | | Bought | 11/18 | O | — |
| | | | | | Sold | 12/10 | O | C |
| Amazon Common Stock | — | None | N | T | Bought | 1/4 | O | — |
| | | | | | Bought | 1/20 | M | — |
| | | | | | Bought | 1/22 | N | — |
| | | | | | Partial Sold | 1/22 | O | — |
| | | | | | Partial Sold | 1/27 | N | — |
| | | | | | Sold | 1/29 | N | D |
| | | | | | Bought | 2/1 | M | — |
| | | | | | Bought | 2/17 | M | — |
| | | | | | Partial Sold | 3/8 | M | D |
| | | | | | Bought | 3/9 | M | — |
| | | | | | Partial Sold | 3/9 | M | A |
| | | | | | Bought | 3/19 | P1 | — |
| | | | | | Sold | 3/19 | P1 | E |
| | | | | | Bought | 3/22 | O | — |
| | | | | | Bought | 3/23 | M | — |
| | | | | | Partial Sold | 3/23 | M | A |
| | | | | | Bought | 3/24 | N | — |
| | | | | | Partial Sold | 3/25 | M | E |
| | | | | | Bought | 3/26 | N | — |
| | | | | | Partial Sold | 3/26 | N | A |
| | | | | | Partial Sold | 3/29 | N | A |
| | | | | | Partial Sold | 3/30 | N | D |
| | | | | | Bought | 4/9 | N | — |
| | | | | | Bought | 4/12 | M | — |
| | | | | | Partial Sold | 4/21 | O | F |
| | | | | | Bought | 4/22 | M | — |
| | | | | | Partial Sold | 4/22 | O | F |

| | | | |
|---|---|---|---|
| 206 | Bought | 4/23 | O | – |
| 207 | Partial Sold | 4/23 | N | D |
| 208 | Partial Sold | 4/26 | O | E |
| 209 | Bought | 5/6 | M | – |
| 210 | Sold | 5/7 | M | – |
| 211 | Bought | 5/19 | N | – |
| 212 | Bought | 5/20 | M | – |
| 213 | Bought | 5/28 | O | – |
| 214 | Partial Sold | 5/28 | O | C |
| 215 | Bought | 6/8 | O | – |
| 216 | PartialSold | 6/8 | M | A |
| 217 | Bought | 6/9 | M | – |
| 218 | Partial Sold | 6/9 | M | – |
| 219 | Bought | 6/16 | O | – |
| 220 | Partial Sold | 6/16 | P1 | E |
| 221 | Bought | 6/17 | O | – |
| 222 | Partial Sold | 6/17 | N | B |
| 223 | Bought | 6/18 | M | – |
| 224 | Sold | 6/18 | O | D |
| 225 | Bought | 6/21 | O | – |
| 226 | Partial Sold | 6/29 | N | – |
| 227 | Sold | 6/30 | N | – |
| 228 | Bought | 9/16 | M | – |
| 229 | Bought | 9/24 | M | – |
| 230 | Partial Sold | 9/24 | M | A |
| 231 | Bought | 10/15 | N | – |
| 232 | Partial Sold | 10/15 | O | E |
| 233 | Bought | 10/19 | N | – |
| 234 | Partial Sold | 10/20 | M | B |
| 235 | Bought | 10/21 | M | – |
| 236 | Sold | 10/21 | O | C |
| 237 | Bought | 10/26 | N | – |
| 238 | Sold | 10/26 | N | B |
| 239 | Bought | 10/27 | O | – |
| 240 | Sold | 11/5 | O | D |
| 241 | Bought | 11/5 | N | – |
| 242 | Sold | 11/8 | N | C |
| 243 | Bought | 11/9 | O | – |
| 244 | Bought | 11/10 | N | – |
| 245 | Partial Sold | 11/10 | N | C |
| 246 | Bought | 11/11 | N | – |
| 247 | Partial Sold | 11/11 | N | A |
| 248 | Bought | 11/16 | M | – |

|  | Sold | 11/16 | O | – |
|---|---|---|---|---|
|  | Bought | 12/10 | N | – |
|  | Bought | 12/13 | O | – |
|  | Bought | 12/27 | M | – |

| A. Description | C. Income | | D. Value | | Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
|  | (1) Amt | (2) Type | (1) Code | (2) Method | (1) | (2) | (3) | (4) |
| Apple Computer Common Stock | – | None | | | Bought | 1/26 | N | – |
|  | | | | | Partial Sold | 1/26 | M | A |
|  | | | | | Sold | 1/27 | M | B |
|  | | | | | Bought | 6/4 | O | – |
|  | | | | | Partial Sold | 6/4 | O | – |
|  | | | | | Bought | 6/8 | M | – |
|  | | | | | Partial Sold | 6/8 | M | A |
|  | | | | | Bought | 6/9 | N | – |
|  | | | | | Partial Sold | 6/9 | N | – |
|  | | | | | Sold | 6/16 | N | D |
|  | | | | | Bought | 9/24 | N | – |
|  | | | | | Sold | 9/24 | N | -- |
| Cisco Common Stock | – | None | | | Bought | 2/10 | L | – |
|  | | | | | Sold | 2/11 | L | A |
|  | | | | | Bought | 4/6 | N | – |
|  | | | | | Sold | 4/7 | N | C |
|  | | | | | Bought | 4/8 | N | – |
|  | | | | | Sold | 4/8 | N | B |
|  | | | | | Bought | 4/15 | N | – |
|  | | | | | Sold | 4/15 | N | B |
|  | | | | | Bought | 5/21 | M | – |
|  | | | | | Sold | 5/21 | M | A |
|  | | | | | Bought | 6/15 | O | – |
|  | | | | | Bought | 6/16 | O | – |
|  | | | | | Partial Sold | 6/16 | P1 | D |
|  | | | | | Sold | 6/17 | N | – |
|  | | | | | Bought | 6/17 | O | – |
|  | | | | | Sold | 6/18 | O | E |
|  | | | | | Bought | 6/18 | O | – |
|  | | | | | Bought | 6/28 | M | – |
|  | | | | | Sold | 6/29 | O | – |
|  | | | | | Bought | 6/30 | M | – |
|  | | | | | Bought | 7/1 | O | – |

| No. | Security | | Transaction | Date | Broker | Code |
|---|---|---|---|---|---|---|
| 286 | | | Partial Sold | 7/1 | N | B |
| 287 | | | Bought | 7/2 | M | – |
| 288 | | | Partial Sold | 7/2 | M | A |
| 289 | | | Bought | 7/6 | M | – |
| 290 | | | Partial Sold | 7/6 | N | C |
| 291 | | | Sold | 7/7 | M | D |
| 292 | | | Bought | 7/19 | P1 | – |
| 293 | | | Partial Sold | 7/19 | N | B |
| 294 | | | Sold | 7/20 | O | C |
| 295 | | | Bought | 7/21 | O | – |
| 296 | | | Sold | 7/22 | O | E |
| 297 | | | Bought | 7/27 | O | – |
| 298 | | | Sold | 7/28 | O | D |
| 299 | | | Bought | 7/28 | O | – |
| 300 | | | Sold | 8/2 | O | D |
| 301 | | | Bought | 8/6 | P1 | – |
| 302 | | | Sold | 8/6 | P1 | – |
| 303 | | | Bought | 10/25 | L | – |
| 304 | | | Bought | 11/1 | L | – |
| 305 | | | Sold | 11/2 | M· | – |
| 306 | | | Bought | 11/11 | K | – |
| 307 | | | Sold | 11/11 | K | A |
| 308 | | | | | | |
| 309 | IBM | – | None | Bought | 7/19 | M | – |
| 310 | Common Stock | | | Sold | 7/20 | M | A |
| 311 | | | | Bought | 10/19 | M | – |
| 312 | | | | Sold | 10/21 | M | B |
| 313 | | | | Bought | 10/21 | M | – |
| 314 | | | | Bought | 10/26 | M | – |
| 315 | | | | Sold | 10/26 | N | B |
| 316 | Research-in-Motion | – | None | Bought | 1/4 | M | – |
| 317 | Common Stock | | | Sold | 2/10 | M | B |
| 318 | | | | Bought | 10/20 | N | – |
| 319 | | | | Partial Sold | 10/20 | M | C |
| 320 | | | | Bought | 10/21 | L | – |
| 321 | | | | Sold | 10/21 | N | C |
| 322 | | | | Bought | 10/26 | M | – |
| 323 | | | | Partial Sold | 10/27 | L | B |
| 324 | | | | Sold | 10/29 | L | C |
| 325 | | | | Bought | 11/3 | M | – |
| 326 | | | | Sold | 11/3 | M | A |
| 327 | | | | Bought | 11/4 | L | – |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 328 | | | | | | Sold | 11/10 | L | B |
| 329 | | | | | | Bought | 11/11 | L | – |
| 330 | | | | | | Sold | 11/11 | L | A |
| 331 | | | | | | Bought | 12/27 | M | – |
| 332 | | | | | | Sold | 12/27 | M | A |
| 333 | | | | | | Bought | 12/28 | M | – |
| 334 | | | | | | Sold | 12/31 | M | A |
| | | | | | | | | | |
| 335 | Yahoo | – | None | L | T | Bought | 7/19 | N | – |
| 336 | Common Stock | | | | | Bought | 7/20 | M | – |
| 337 | | | | | | Partial Sold | 7/20 | O | C |
| 338 | | | | | | Bought | 8/2 | N | – |
| 339 | | | | | | Partial Sold | 8/2 | N | A |
| 340 | | | | | | Partial Sold | 8/3 | M | A |
| 341 | | | | | | Bought | 11/2 | L | – |
| 342 | | | | | | Partial Sold | 11/2 | K | A |
| 343 | | | | | | Partial Sold | 11/3 | K | A |
| 344 | | | | | | Bought | 11/4 | K | – |
| 345 | | | | | | Partial Sold | 11/5 | K | A |
| 346 | | | | | | Partial Sold | 11/9 | K | C |